**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Emilio BORJA–ESTRADA,**
**Defendant–Appellant.**

**No. 10–40840**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 16, 2011.

Carmen Castillo Mitchell, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Corpus Christi, TX, for Defendant–Appellant.

Before WIENER, PRADO and OWEN, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**PER CURIAM:** *

Emilio Borja–Estrada appeals the sentence of 80 months of imprisonment imposed following his guilty plea conviction for illegal reentry after deportation. Borja–Estrada argues that the use of a prior alien smuggling conviction to both enhance his offense level and to calculate his criminal history score constitutes impermissible double counting. As Borja–Estrada concedes, his argument is foreclosed by precedent. *See United States v. Kings,* 981 F.2d 790, 796 (5th Cir.1993). Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.